LEE N. SMITH (SBN #138071)
ERIC A. GRASBERGER (*Pro Hac Vice*)
STOEL RIVES LLP
770 L Street, Suite 800
Sacramento, CA 95814
Telephone: (916) 447-0700
Facsimile: (916) 447-4781

Attorneys for Plaintiff
ANDERSON BUILDERS, INC., an Oregon corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ANDERSON BUILDERS, INC., an Oregon corporation,<br><br>Plaintiff,<br><br>v.<br><br>GEN-CON, INC., a California corporation,<br><br>Defendant. | Case No.: 02-CIV-00484 MCE-KJM<br><br>**STIPULATED ORDER OF DISMISSAL** |
|---|---|

RECITALS:

1. Plaintiff Anderson Builders, Inc. ("Anderson") filed this lawsuit against Defendants Gen-Con, Inc. ("Gen-Con") and St. Paul Fire & Marine Insurance Company ("St. Paul) on or about March 6, 2002. Shortly thereafter, on or about July 15, 2002, Gen-Con filed a petition for relief under Chapter 11 of Title 11 of the United States Bankruptcy Code. The lawsuit against Gen-Con was , therefore, stayed.

2. In or about October 2002, Anderson and St. Paul entered into a Settlement Agreement resolving the claims raised by Anderson against St. Paul in the instant lawsuit. On or about October 22, 2002, Anderson and St. Paul filed and this Court granted a stipulated order of dismissal. All claims against St. Paul were dismissed.

3. At this time, Anderson wishes to dismiss any and all remaining claims it may have against Gen-Con. In an effort to enter into and submit a Stipulated Order of Dismissal, Anderson

found that Gen-Con has no attorney of record due to the Bankruptcy petition filed in 2002. To that end, Anderson contacted the Bankruptcy Trustee, David A. Bradlow, endowed to process Gen-Con's bankruptcy claim and was directed to contact Mr. Bradlow's General Counsel, Michael A. Isaacs, Esq., of Luce, Forward, Hamilton & Scripps LLP.  On or about April 5, 2005, Anderson contacted Mr. Isaacs and requested his assistance with filing the instant request for dismissal.

4. Federal Rules of Bankruptcy Procedure, Rule 6009, provides that:

> "the trustee or debtor in possession may prosecute or may enter an appearance and defend any pending action or proceeding by or against the debtor, or commence and prosecute any action or proceeding in behalf of the estate before any tribunal."

5. Therefore, Anderson requests this Court recognize Luce, Forward, Hamilton & Scripps LLP as counsel for Gen-Con for the purpose of entering an order granting the dismissal of the instant action against Gen-Con and further order the May 9, 2005 Status Conference vacated.

///

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

-2-

**STIPULATED ORDER OF DISMISSAL**

1  WHEREFORE, THE COURT ORDERS THAT:

2      Anderson's claims against Defendant Gen-Con are dismissed with prejudice and without

3  fees or costs to either party and the May 9, 2005 Status Conference is vacated.

5  DATED: April 25, 2005

                                              *[signature]*

7                               MORRISON C. ENGLAND, JR
                             UNITED STATES DISTRICT JUDGE

11 AGREED AND STIPULATED TO BY:

12 DATED:  April 15, 2005                                   DATED:  April 15, 2005

14 STOEL RIVES LLP                                            LUCE, FORWARD, HAMILTON &
                                                                            SCRIPPS LLP

17 By: ORIGINAL SIGNED AND FILED           By: ORIGINAL SIGNED AND FILED
     LEE N. SMITH                                             MICHAEL A. ISAACS
     Attorneys for Plaintiff                            Attorneys for Chapter 11 Bankruptcy
     ANDERSON BUILDERS, INC.,                 Trustee David A. Bradlow and Debtor
     an Oregon corporation                          Estate GEN-CON, INC.

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

-3-

**STIPULATED ORDER OF DISMISSAL**